**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Domingo JIMENEZ, Defendant–
Appellant.**

**No. 02–41793.
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Domingo Jimenez appeals his guilty plea conviction for possession of less than 100 grams of heroin. Jimenez argues that 21 U.S.C. §§ 841(a) and (b) were rendered facially unconstitutional by *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct.

2348, 147 L.Ed.2d 435 (2000). Jimenez concedes that his argument is foreclosed by our opinion in *United States v. Slaughter*, 238 F.3d 580, 581–82 (5th Cir.2000) (revised opinion), *cert. denied*, 532 U.S. 1045, 121 S.Ct. 2015, 149 L.Ed.2d 1015 (2001), which rejected a broad *Apprendi*-based attack on the constitutionality of that statute. He raises the issue only to preserve it for Supreme Court review. A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany*, 187 F.3d 452, 466 (5th Cir. 1999). No such decision overruling *Slaughter* exists. Accordingly, Jimenez's argument is foreclosed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.